UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIFFANY HARDRICK, PH.D. & KEITH SANDERS | CIVIL ACTION |
| VERSUS | NO: 13-6162 |
| MILLER-MCCOY ACADEMY FOR MATHEMATICS AND BUSINESS & FREEDOM SPECIALTY INSURANCE | SECTION: "A" (1) |

## ORDER AND REASONS

Before the Court is a **Motion for Partial Dismissal of Plaintiffs' Amended Complaint (Rec. Doc. 31)** filed by Defendants, Miller-McCoy Academy for Mathematics and Business and Freedom Specialty Insurance. Plaintiffs Tiffany Hardrick and Keith Sanders have not responded to the motion.[1] The motion, noticed for submission on April 9, 2014, 2014, is before the Court on the briefs without oral argument.

Defendants move to dismiss the defamation claim asserted by each plaintiff. Each plaintiff's defamation claim is based on a letter sent from the Board to the individual plaintiff explaining *inter alia* why a bonus would not be paid. (Rec. Doc. 31-2, Exhibit 1). Defendants point out that neither plaintiff alleges publication to a third party, which is a requisite element of a defamation cause of action under Louisiana law.[2]

---

[1] The Fifth Circuit has cautioned district courts that a party's failure to file an opposition to a Rule 12(b)(6) motion to dismiss does not render it "unopposed." *Webb v. Morella*, 457 Fed. Appx. 448, 452 n.4 (5th Cir. 2012) (unpublished). The district court must consider the merits of a motion to dismiss and refrain from an automatic grant suggestive of a sanction for failing to respond. *See id.*

[2] The four elements necessary to establish a defamation cause of action are 1) a false and defamatory statement concerning another; 2) unprivileged publication to a third party; 3) fault; and 4) resulting injury. *Costello v. Hardy*, 864 So. 2d 129, 139 (La. 2004). If even one of the required elements of the tort is lacking, the cause of action fails. *Id.* (citing *Douglas v. Thomas*,

1

Not only have Plaintiffs failed to affirmatively allege publication to a third party, they specifically ask the Court to enjoin publication to any other parties as part of the relief that they seek in this lawsuit. (Rec. Doc. 1-1 ¶32). The letters themselves contain no indication that any other party was copied on the correspondence from the Board to each plaintiff. (Rec. Doc. 31-2, Exhibit 1). The Court therefore finds that Defendants are entitled to the relief sought.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion for Partial Dismissal of Plaintiffs' Amended Complaint (Rec. Doc. 31)** filed by Defendants, Miller-McCoy Academy for Mathematics and Business and Freedom Specialty Insurance is **GRANTED**. Plaintiffs' defamation causes of action are dismissed with prejudice.

April 30, 2014

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

728 So. 2d 560, 562 (La. App. 2nd Cir. 1999)).